UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

J.P. MORGAN SECURITIES LLC,

Defendant.

C.A. No. 11-3877 WJM

**FINAL JUDGMENT AS TO DEFENDANT J.P. MORGAN SECURITIES LLC**

The Securities and Exchange Commission having filed a Complaint and Defendant J.P. Morgan Securities LLC having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 15(c)(1)(A) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78o(c)(1)(A)], by using any means or instrumentality of interstate commerce to effect

transactions in, or to induce or attempt to induce the purchase or sale of, securities by means of a manipulative, deceptive or other fraudulent device or contrivance, including:

(a) any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person, and

(b) any untrue statement of a material fact and any omission to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading, which statement or omission is made with knowledge or reasonable grounds to believe that it is untrue or misleading.

II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is liable for disgorgement of $11,065,969, together with prejudgment interest thereon in the amount of $7,620,380, and a civil penalty in the amount of $32,500,000 pursuant to Section 21(d) of the Exchange Act [15 U.S.C. § 78u(d)]. Defendant shall satisfy this obligation by distributing $51,186,349 as set forth below. By making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds, and no part of the funds shall be returned to Defendant.

In accordance with the Fair Fund provisions of Section 308(a) of the Sarbanes-Oxley Act of 2002, Defendant shall, within 60 days after entry of this Final Judgment, pay an aggregate amount of $51,186,349 in the amounts and to the entities or their successors or assigns identified on Attachment A hereto and incorporated herein by reference, together with a notice identifying J.P. Morgan Securities LLC as a defendant in this action; setting forth the title and civil action

number of this action and the name of this Court; and specifying that the payment is made pursuant to this Final Judgment. Defendant shall transmit evidence of receipt of each such payment and notice to the attention of Elaine C. Greenberg, Chief, Municipal Securities and Public Pensions Unit and Associate Regional Director, Securities and Exchange Commission, Philadelphia Regional Office, 701 Market Street, Suite 2000, Philadelphia, PA 19106.

Regardless of the Fair Fund distribution, amounts ordered to be paid as civil penalties pursuant to this Judgment shall be treated as penalties paid to the government for all purposes, including all tax purposes. To preserve the deterrent effect of the civil penalty, Defendant shall not, after offset or reduction of any award of compensatory damages in any Related Investor Action based on Defendant's payment of disgorgement in this action, argue that it is entitled to, nor shall it further benefit by, offset or reduction of such compensatory damages award by the amount of any part of Defendant's payment of a civil penalty in this action ("Penalty Offset"). If the court in any Related Investor Action grants such a Penalty Offset, Defendant shall, within 30 days after entry of a final order granting the Penalty Offset, notify the Commission's counsel in this action and pay the amount of the Penalty Offset to the United States Treasury or to a Fair Fund, as the Commission directs. Such a payment shall not be deemed an additional civil penalty and shall not be deemed to change the amount of the civil penalty imposed in this Judgment. For purposes of this paragraph, "Related Investor Action" means a private damages action brought against Defendant or one of its affiliates by or on behalf of one or more investors based on substantially the same facts as alleged in the Complaint in this action.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

V.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: July 8, 2011

UNITED STATES DISTRICT JUDGE

# ATTACHMENT A

SEC v. JP MORGAN SECURITIES LLC: ATTACHMENT A to FINAL JUDGMENT

| Bid Date | Bond Offering | Payee | Amount |
|---|---|---|---|
| 25-Aug-97 | $165,000,000 Capital Projects Finance Authority (Florida) Revenue Bonds, Series 1997A--Floating Rate (Capital Projects Loan Program) | Capital Projects Finance Authority | $589,083.45 |
| 23-Sep-97 | $703,240,000 Texas Health Resources System Revenue Bonds, composed of: $446,895,000 Tarrant County Health Facilities Development Corporation, Texas Health Resources System Revenue Bonds, Series 1997A; $187,600,000 North Central Texas Health Facilities Development Corporation, Texas Health Resource System Revenue Bonds, Series 1997B; $68,745,000 Plano Health Facilities Development Corporation Texas Health Resources system Revenue Bonds, Series 1997C | Texas Health Resources System | $2,510,709.37 |
| 24-Jun-98 | $148,380,000 County of Clinton, Ohio, Ohio Hospital Capital, Inc. Pooled Financing Program Series 1998 | County of Clinton, Ohio | $529,746.68 |
| 24-Jun-98 | $300,000,000 Capital Projects Finance Authority Florida Hospital Association Capital Projects Loan Program | Capital Projects Finance Authority | $1,071,060.82 |
| 27-Aug-98 | Philadelphia Intergovernmental Cooperation Authority (PICA) $643,430,000 Special Tax Revenue Bonds (City of Philadelphia Funding Program) Series of 1993 and $178,675,000 Special Tax Revenue Refunding Bonds (City of Philadelphia Funding Program) Series of 1993A and $343,030,000 Special Tax Revenue Refunding Bonds (City of Philadelphia Funding Program) Series of 1996 | Pennsylvania Intergovernmental Cooperation Authority | $4,159,768.16 |
| 24-Nov-98 | $51,000,000 Arkansas Hospital Equipment Finance Authority Arkansas Hospital Association Pool Variable Rate Bonds | Arkansas Hospital Equipment Finance Authority | $182,080.34 |
| 28-Apr-99 | $86,500,000 South Georgia Hospital Authority, Hospital Pool | South Georgia Hospital Authority | $308,822.54 |
| 14-May-99 | Lubbock Health Facilities Development Corporation $35,545,000 Fixed Rate First Mortgage Revenue Bonds, (Carillon, Inc. Project) Series 1999A | Carillon, Inc. | $126,902.86 |
| 18-May-99 | $21,001,899.77 Board of Trustees of Southern Illinois University Housing and Auxiliary Facilities System Revenue Bonds, Series 1999A | Board of Trustees of Southern Illinois University | $75,224.17 |
| 25-May-99 | The Public Building Authority of The City of Clarksville, Tennessee $150,000,000 Adjustable Rate Pooled Financing Revenue Bonds, Series 1999 (Tennessee Municipal Bond Fund) | The Public Building Authority of the City of Clarksville, Tennessee | $535,530.41 |
| 28-May-99 | $250,000,000 Knox, Tennessee, Hospital Pool Loan Program | County of Knox, Tennessee | $892,550.68 |
| 15-Jun-99 | $187,100,000 Greater Orlando Aviation Authority Airport Facilities Revenue Bonds, Series I 1999A (AMT) and $13,890,000 Greater Orlando Aviation Authority Airport Facilities Revenue Bonds, Series 1999B (Non-AMT) | Greater Orlando Aviation Authority | $717,575.05 |
| 22-Jun-99 | $175,000,000 Oklahoma Development Finance Authority, Variable Rate Demand Revenue Bonds Oklahoma Hospital Association | Oklahoma Development Finance Authority | $624,785.48 |
| 23-Jul-99 | $22,712,500 Tax-Exempt Lease Purchase Agreement between City of Woonsocket, Rhode Island, as Lessee, and U.S. Filter Operating Services, Inc., as Lessor | City of Woonsocket, RI | $81,088.23 |

SEC v. JP MORGAN SECURITIES LLC: ATTACHMENT A to FINAL JUDGMENT

| Bid Date | Bond Offering | Payee | Amount |
|---|---|---|---|
| 5-Aug-99 | $84,000,000 Missouri Health & Educational Facilities Authority Missouri Health & Educational Facilities Hospital Pool | Health & Educational Facilities Authority of the State of Missouri | $299,897.03 |
| 5-Aug-99 | $153,000,000 County of Clinton, Ohio, Ohio Hospital Capital Inc. Pooled Financing Program Series 1999 | County of Clinton, Ohio | $546,241.02 |
| 9-Sep-99 | Illinois Development Finançe Authority $120,000,000 Local Government Financing Program Revenue Bonds, Series A and $30,000,000 Local Government Financing Program Revenue Bonds, Series B | Illinois Development Finance Authority | $535,530.41 |
| 7-Oct-99 | $79,400,000 Oklahoma Industries Authority Health System Revenue Bonds (Obligated group consisting of Baptist Medical Center of Oklahoma Inc., South Oklahoma City Hospital Corporation and Baptist Rural Health System, Inc.) Series 1995C | INTEGRIS Baptist Medical Center, Inc., as Obligated Group Representative | $283,474.10 |
| 29-Oct-99 | $125,000,000 Illinois Development Finance Authority AMR Pooled Financing Program Variable Rate Bonds | Illinois Development Finance Authority | $446,275.34 |
| 13-Jan-00 | $66,000,000 Oklahoma Development Finance Authority Variable Rate Demand Revenue Bonds | Oklahoma Development Finance Authority | $235,633.38 |
| 9-Feb-00 | Oakland Joint Powers Financing Authority $187,500,000 Lease Revenue Bonds 1998 Series A-1 and A-2 | Oklahoma Joint Powers Financing Authority | $669,413.01 |
| 8-Jun-00 | $127,970,000 Arizona Health Facilities Authority, Variable Rate Demand Revenue Bonds-Healthcare Pool | Arizona Health Facilities Authority | $456,878.84 |
| 13-Jun-00 | East Bay Delta Housing & Finance Agency (Lease Purchase Program) $90,000,000 Lease Revenue Pass-through Obligations 2000 Series A $8,300,000 Subordinated Lease Revenue Pass-through Obligations 2000 Series B $1,480,559.30 Subordinated Capital Appreciation Lease Revenue Pass-through Obligations 2000 | East Bay Delta Housing and Finance Agency Corporation | $356,236.83 |
| 20-Jun-00 | $85,000,000 New Mexico Health Facility Authority, New Mexico Hospital Equipment | New Mexico Health Facility Authority | $303,467.23 |
| 29-Jun-00 | $330,000,000 Orange County Health Facilities Authority, Florida Hospital Association Health Facilities Loan Program | Orange County Health Facilities Authority | $1,178,166.90 |
| 12-Jul-00 | $39,075,000 Massachusetts Development Finance Agency Revenue Bonds, Massachusetts Biomedical Research Corporation Issue, Series C | Massachusetts Biomedical Research Corp | $139,505.67 |
| 13-Jul-00 | $55,000,000 California Statewide Communities Development Authority Revenue Bonds (Los Angeles Orthopedic Hospital Foundation and Orthopedic Hospital) Series 2000 | Los Angeles Orthopedic Hospital Foundation and Orthopedic Hospital | $196,361.15 |

SEC v. JP MORGAN SECURITIES LLC: ATTACHMENT A to FINAL JUDGMENT

| Bid Date | Bond Offering | Payee | Amount |
|---|---|---|---|
| 17-Aug-00 | $140,000,000 West Virginia Hospital Finance Authority, Variable Rate Demand Revenue | West Virginia Hospital Finance Authority | $499,828.38 |
| 20-Sep-00 | California Infrastructure and Economic Development Bank $108,135,000 Revenue Bonds Series 2000 (Asian Art Museum of San Francisco Project) | Asian Art Museum Foundation of San Francisco | $386,063.87 |
| 15-Nov-00 | $8,000,000 Industrial Development Corporation of the Port of Chehalis, Washington Variable Rate Demand Revenue Bonds (Cascade Hardwoods Project) Series 2000 | Cascade Hardwoods Inc. | $28,561.62 |
| 14-Dec-00 | $300,000,000 Capital Projects Finance Authority, Capital Projects Loan Program – AAAE Airport Project | Capital Projects Finance Authority | $1,071,060.82 |
| 14-Dec-00 | $25,000,000 California Statewide Communities Development Authority Solid Waste Exempt Facility Revenue Bonds (Republic Services, Inc. Project) Series 2000 | Republic Services, Inc. | $89,255.07 |
| 20-Dec-00 | $62,775,000 Henderson County, Kentucky Kentucky Housing Authority Pooled Revenue Bonds | County of Henderson, Kentucky | $224,119.48 |
| 24-Apr-01 | $71,700,000 Riverside-San Bernardino Housing & Finance Agency, California, Variable Rate Lease Revenue Pass-Through Obligations, (Lease Purchase Program), 2001 Series A and 2001 Series B | Riverside-San Bernardino Housing & Finance Agency | $255,983.54 |
| 26-Apr-01 | $39,165,000 Pomona Public Financing Authority 200a Revenue Bonds, Series AD (Merged Redevelopment Project) | Redevelopment Agency of the City of Pomona | $139,826.99 |
| 1-May-01 | $18,695,000 University of Kentucky Consolidated Educational Buildings Refunding Revenue Bonds Series N (Second Series) | University of Kentucky | $66,744.94 |
| 24-May-01 | $75,600,020 California Educational Facilities Authority Refunding Revenue Bonds (Loyola Marymount University) Series 2001A | Loyola Marymount University | $269,907.40 |
| 11-Jun-01 | $55,000,000 California Cities Home Ownership Authority Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series A and $5,750,000California Cities Home Ownership Authority Subordinated Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series B | The founding members of the dissolved California Cities Home Ownership Authority | $216,889.82 |
| 19-Jun-01 | Educational Facilities Authority for Private Nonprofit Colleges of Higher Learning $10,000,000 Educational Facilities Revenue Bonds (Columbia College Project), Series 2001 | Columbia College | $35,702.03 |
| 20-Jun-01 | $55,970,000 District of Columbia University Revenue Bonds (The George Washington University Issue) Series 2001A | George Washington University | $199,824.25 |
| 22-Jun-01 | $51,500,000 City of Grand Island, Nebraska Electric System Revenue Bonds Series 2001 (Generator Project) | City of Grand Island, Nebraska | $183,865.44 |

SEC v. JP MORGAN SECURITIES LLC: ATTACHMENT A to FINAL JUDGMENT

| Bid Date | Bond Offering | Payee | Amount |
|---|---|---|---|
| 28-Jun-01 | $125,000,000 Local Government Environmental Facilities and Community Development Authority, Louisiana Local Governmental Pool Series 2001 | Jefferson Parish | $446,275.34 |
| 16-Jul-01 | The Public Building Authority of The City of Clarksville, Tennessee $150,000,000 Adjustable Rate Pooled Financing Revenue Bonds, Series 2001 (Tennessee Municipal Bond Fund) | The Public Building Authority of The City of Clarksville, Tennessee | $535,530.41 |
| 21-Aug-01 | Health & Education Facilities Authority of the State of Missouri, Missouri School District Direct Deposit Program for School Districts in the State of Missouri (par value of relevant GO bonds =$518,063,011.90) | Health & Education Facilities Authority of the State of Missouri, Program Administrator for the Missouri School District Direct Deposit Program | $1,849,589.98 |
| 28-Aug-01 | $39,910,000 Certificates of Participation (Cass County, Missouri), Series 2001 | Cass County, Missouri | $142,486.79 |
| 17-Sep-01 | City of Boynton Beach, Florida $24,400,000 Utility System Revenue Refunding Bonds, Series 2002 | City of Boynton Beach, Florida | $87,112.95 |
| 26-Sep-01 | 454,650,000 City Of Detroit, Michigan -- $203,875,000 Sewage Disposal System Revenue and Revenue Refunding Senior Lien Bonds, Series 2001(A) and $250,775,000 Sewage Disposal System Revenue Second Lien Bonds, Series 2001(B) | City of Detroit, Michigan | $1,623,192.67 |
| 21-Oct-01 | City of Clearwater, Florida $11,470,0000 Improvement Revenue Refunding Bonds, Series 2000 | City of Clearwater, Florida | $40,950.23 |
| 23-Oct-01 | $145,000,000 California Infrastructure and Economic Development Bank Revenue Bonds (The J. David Gladstone Institutes Project), Series 2001 | The J. David Gladstone Institutes | $517,679.40 |
| 7-Nov-01 | $53,500,000 Metropolitan Nashville Airport Authority Airport Improvement Revenue Bonds, Series 1993, Bond Reserve Fund, Forward Delivery Agreement | Metropolitan Nashville Airport Authority | $191,005.85 |
| 19-Nov-01 | $100,000,000 The Industrial Development Authority of the City of Scottsdale, Arizona Hospital Revenue Bonds, Series 2001 (Scottsdale Healthcare) | Scottsdale Health Care | $357,020.27 |
| 10-Dec-01 | $44,575,000 Florida Intergovernmental Finance Commission Capital Revenue Bonds, 2001 Series C-1 and C-2 | Florida Intergovernmental Finance Commission | $159,141.79 |
| 10-Dec-01 | Fayette County, Tennessee $9,960,000 School Refunding Bonds, Series 2001 and$2,210,000 School Refunding Bonds, Series 2002 | Fayette County, Tennessee | $43,449.37 |
| 12-Dec-01 | $41,060,000 North Carolina Medical Care Commission Retirement Facilities First Mortgage Revenue Bonds (The Village at Brookwood Project) Series 2001A and Series 2001B | Alamance Extended Care, Inc. | $146,592.52 |
| 13-Dec-01 | The Harrisburg Authority Dauphin County, Pennsylvania $7,400,000 Water Revenue Bonds, Series A of 2001 | The Harrisburg Authority, Dauphin County, PA | $26,419.50 |

SEC v. JP MORGAN SECURITIES LLC: ATTACHMENT A to FINAL JUDGMENT

| Bid Date | Bond Offering | Payee | Amount |
|---|---|---|---|
| 28-Dec-01 | $35,000,000 California Statewide Communities Development Authority 2001 Variable Rate Demand Revenue Bonds (Biola University) Series A and $25,000,000 California Statewide Communities Development Authority 2001 Variable Rate Demand Revenue Bonds (Biola University) Series B | Biola University | $214,212.16 |
| 17-Jan-02 | California Educational Facilities Authority: Variable Rate Demand Revenue Bonds 21,600,000 California Educational Facilities Revenue Bonds (Santa Clara University), Series 2002A and the $10,390,000 California Educational Facilities Authority Variable Rate Demand Revenue Bonds (Santa Clara University), Series 2002B | The President and Board of Trustees of Santa Clara College, dba Santa Clara University | $114,210.79 |
| 29-Jan-02 | $180,000,000 Chugach Electric Association Inc Electric Revenue Bonds 2002 Series A and B | Chugach Electric Association | $642,636.49 |
| 21-Mar-02 | $38,400,000 California Statewide Communities Development Authority, Variable Rate Demand Revenue Bonds (Gemological Institute of America, Inc. Project), Series 2001 | Gemological Institute of America, Inc. | $137,095.79 |
| 1-Apr-02 | $50,000,000 Harris County Health Facilities Development Corporation Revenue Bonds (Young Men's Christian Association of the Greater Houston Area) Series 1999 | Young Men's Christian Association of the Greater Houston Area | $178,510.14 |
| 4-Apr-02 | $70,000,000 Wayne County Community College District State of Michigan 2002 Community College Improvement Bonds (Limited Tax General Obligation) | Wayne County Community College District | $249,914.19 |
| 11-Apr-02 | $195,675,000 New Mexico Hospital Equipment Loan Council, Hospital System Revenue Bonds (Presbyterian Healthcare Services), Series 2001 A | Presbyterian Healthcare Services | $698,599.42 |
| 15-Apr-02 | $65,255,000 Beacon Tradeport Community Development District Special Assessment Bonds, Series 2002A (Commercial Project) | Beacon Tradeport Community Development District | $232,973.66 |
| 15-Apr-02 | Illinois Development Finance Authority $21,220,000 General Obligation Bonds (Waterworks System Alternate Revenue Source), Series 2002, of the City of West Chicago, DuPage County, Illinois | City of West Chicago, DuPage County, Illinois | $75,759.70 |
| 25-Apr-02 | $38,090,000 Macon Water Authority (Georgia) Water and Sewer Revenue Bonds, Series 1998; $10,000,000 Macon Water Authority (Georgia) Tax Exempt Adjustable Mode Water and Sewer Revenue Bonds, Series 2001A; $24,500,000 Macon Water Authority (Georgia) Water and Sewer Revenue Bonds, Series 2001B | Macon Water Authority | $259,161.02 |
| 6-May-02 | $50,945,000 City of Chesterfield, Missouri Tax Increment Refunding and Improvement Revenue Bonds Series 2002 (Chesterfield Valley Projects) | City of Chesterfield, Missouri | $181,883.98 |
| 7-May-02 | $13,055,000 California Educational Facilities Authority Variable Rate Demand Revenue Refunding Bonds (Art Center College of Design) 2002 Series B | Art Center College of Design | $46,609.00 |
| 8-May-02 | New Jersey Transportation Trust Fund Authority $690,000,000 Transportation System Bonds, 2001 Series B | New Jersey Transportation Trust Fund Authority | $2,463,439.89 |

SEC v. JP MORGAN SECURITIES LLC: ATTACHMENT A to FINAL JUDGMENT

| Bid Date | Bond Offering | Payee | Amount |
|---|---|---|---|
| 21-May-02 | $144,495,000 City of Phoenix, Arizona General Obligation Refunding Bonds, Series 2002A and $14,680,000 City of Phoenix General Obligation Refunding Bonds, Series 2002B | City of Phoenix, AZ | $568,287.02 |
| 5-Jun-02 | $47,460,000 Massachusetts Health and Educational Facilities Authority Revenue Bonds, Baystate Medical Center Issue, Series F | Baystate Medical Center | $169,441.82 |
| 12-Jun-02 | $130,000,000 City of Chicago Sales Tax Revenue Refunding Bonds, Variable Rate Series 2002 | City of Chicago | $464,126.36 |
| 18-Jun-02 | Municipality of Anchorage, Alaska $188,520,000 2002 General Obligation and Refunding Bonds, Series B (Schools) | Municipality of Anchorage, Alaska | $673,054.62 |
| 20-Jun-02 | $63,050,000 The Special Care Facilities Financing Authority of the City of Birmingham -- Children's Hospital Health Care Facility Revenue Bonds Children's Hospital Series 2002 | Children's Hospital of Alabama | $225,101.28 |
| 20-Jun-02 | $685,390,000 Tobacco Settlement Financing Corporation-$649,730,000 Tobacco Settlement Asset-Backed Bonds, Series 2002A (Tax-Exempt) and $35,660,000 Tobacco Settlement Asset-Backed Bonds, Series 2002B (Taxable) | The State of Rhode Island and Providence Plantations | $2,319,667.82 |
| 25-Jun-02 | $209,500,000 California Statewide Development Authority Certificates of Participation The Internext Group | The Internext Group | $747,957.47 |
| 16-Jul-02 | The Industrial Development Authority of the County of Cape Girardeau, Missouri, $43,565,000 Health Facilities Revenue Bonds (Southeast Missouri Hospital Association) Series 2002 | Southeast Missouri Hospital Association | $155,535.88 |
| 27-Sep-02 | $56,000,000 Hospital Authority of Forsyth County Revenue Anticipation Certificates (Georgia Baptist Health Care System, Inc. Project), Series 1998 | Georgia Baptist Health Care Ministry Foundation, Inc. (successor to Georgia Baptist Health Care System, Inc.) | $199,931.35 |
| 3-Apr-03 | The Regents of the University of New Mexico $21,660,000 Subordinate Lien System Refunding Revenue Bonds, Series 2003A | Regents of the University of New Mexico | $77,330.59 |
| 1-May-03 | $52,335,000 Pomona Public Financing Authority 1998 Refunding Revenue Bonds, Series W (Southwest Pomona Redevelopment Project) | Pomona Public Financing Authority | $186,846.56 |
| 1-May-03 | $183,725,000 City of Robbinsdale, Minnesota, Health Care Facilities Revenue Bonds (North Memorial Health Care) Series 2003 (Auction Rate Securitas) | North Memorial Health Care | $655,935.50 |
| 19-Sep-03 | Option Agreement and Escrow Float for Cash Defeasance of $125,000,000 Salt Lake County, Utah Hospital Revenue Bonds, Series 2001 (IHC Health Services, Inc.) | IHC Health Services, Inc. | $446,275.34 |
| 6-May-04 | Debt Service Deposit Agreement for outstanding Regional Transportation Authority General Obligation Bonds: Series 1992A, 1992B, 1994A, 1994B, 1994C, 1994D, 1996, 1997, 1999, 2001B, 2002B, and 2003B (Tranch 1) (initial par amount of the bonds-- $1,621,025,000) | Regional Transportation Authority, Chicago, IL | $5,787,387.89 |
| 19-May-04 | Debt Service Deposit Agreement for Outstanding Regional Transportation Authority General Obligation Bonds: Series 2000A, 2001A, 2002A, 2003A, and 2003C (Tranche 2)(initial par amount of the bonds -- $799,055,000) | Regional Transportation Authority, Chicago, IL | $2,852,788.35 |
| 8-Jun-04 | Northwest Independent School District 20,000,000 Operating Fund Forward Purchase Agreement | Northwest Independent School District | $249,914.19 |

SEC v. JP MORGAN SECURITIES LLC: ATTACHMENT A to FINAL JUDGMENT

| Bid Date | Bond Offering | Payee | Amount |
|---|---|---|---|
| 17-Jun-04 | City of Port Orange, Florida $18,800,000 Capital Improvement Revenue Bonds, Series 2004 | City of Port Orange, Florida | $67,119.81 |
| 28-Jun-04 | $10,775,000 Hilton Head Island Public Facilities Corporation Certificates of Participation Evidencing Undivided Proportionate Interests in Base Fee Payments Under an Installment Sale Agreement (Hospitality Fee Pledge) Series 2004C | Town of Hilton Head Island | $38,468.93 |
| 26-Oct-04 | Town of Weston, Connecticut $48,210,000 General Obligation Refunding Bonds, Issue of 2004, Series B | Town of Weston, Connecticut | $172,119.47 |
| 27-Oct-04 | $27,000,000 Illinois Finance Authority Adjustable Rate Demand Revenue Bonds, Series 2004 (YMCA of Metropolitan Chicago Project | YMCA of Metropolitan Chicago | $96,395.47 |
| 15-Feb-05 | Central Texas Regional Mobility Authority $167,967,610.70 Senior Lien Revenue Bonds Series 2005 and $66,000,000 Subordinate Lien Revenue Bond Anticipation Notes Series 2005 | Central Texas Regional Mobility Authority | $835,311.80 |
| 7-May-05 | $50,000,000 Bryan Independent School District (A Political Subdivision of the State of Texas Located in Brazos County) Unlimited Tax School Building Bonds, Series 2005A | Bryan Independent School District | $178,510.14 |
| 26-May-05 | $65,000,000 Unified School District No. 512 Johnson County, Kansas (Shawnee Mission) General Obligation School Bonds, Series 2005-C | Unified School District No. 512 Johnson County, Kansas | $232,063.18 |
| 23-Jun-05 | $90,000,000 County of Union, North Carolina Variable Rate General Obligation Bonds, consisting of $50,000,000 Variable Rate General Obligation Bonds, Series 2005A, $20,000,000 Variable Rate General Obligation Bonds, Series 2005B, and $20,000,000 Variable Rate General Obligation Bonds, Series 2005C. | County of Union, North Carolina | $321,318.25 |
| 8-Nov-05 | $23,630,000 New Mexico Finance Authority Subordinate Lien Cigarette Tax Bonds (UNM Health Sciences Center Project), Series 2005 | New Mexico Finance Authority | $84,363.89 |
| | | TOTAL | $ 51,186,349 |