

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
PHILADELPHIA REGIONAL OFFICE
MELLON INDEPENDENCE CENTER
701 MARKET STREET
SUITE 2000
PHILADELPHIA, PENNSYLVANIA 19106-1532**

**MARY P. HANSEN**
ASSISTANT DIRECTOR
(215) 597-3100
HansenM@sec.gov

September 2, 2011

*Via ECF*

The Honorable William J. Martini
United States District Court Judge
For the District of New Jersey
Martin Luther King Jr., Federal Building and
U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    <u>SEC v. J.P. Morgan Securities LLC, 2:11-cv-03877-WJM-MF</u>

Dear Judge Martini:

      In this matter, plaintiff Securities and Exchange Commission filed a complaint against defendant J.P. Morgan Securities LLC. The defendant agreed, without admitting or denying the allegations in the complaint, to consent to the entry of a Final Judgment ordering, among other things, the payment of a total of $51,186,349, comprised of disgorgement, prejudgment interest, and a civil penalty. On July 8, 2011, the Court entered the Final Judgment as to Defendant J.P. Morgan Securities LLC (the "Final Judgment"). That Final Judgment incorporated an "Attachment A" that contained payee information detailing to which entities, and in which amounts, the defendant was to pay the $51,186,349.

      While the amounts set forth in the Attachment A to the Final Judgment are accurate, the parties have determined that the attachment to the Final Judgment contains a small number of clerical errors and other minor issues. The original submission misidentified two payees, and there is one payee for which the parties have determined that more detail would be helpful because the entity has dissolved. In addition, there are two payees which appear to no longer exist, and therefore, the parties are requesting that defendant be given additional time to identify and pay the appropriate successors or assigns. Under the language of the Final Judgment, defendant is to pay the "entities or their successors or assigns identified on Attachment A."

      The parties therefore hereby jointly ask the Court to enter an Order, a proposed form of which is attached, to substitute the document attached to this letter as the new "Corrected Attachment A" to the Court's July 8, 2011 Final Judgment to correct the clerical errors. In

The Honorable William J. Martini
Page 2 of 2

addition, the proposed Order would extend the deadline until October 13, 2011 for defendant to make payments to these payees and the appropriate successors or assigns of the two other payees which appear to no longer exist. This extension should ensure that the proper entities receive their share of the judgment, as was intended. Payment is currently required by September 6, 2011. As reflected below, both parties agree to this course of action.

We are available to answer any questions the Court may have.

Respectfully Submitted,

*Mary P. Hansen/SAT*
Mary P. Hansen

Enclosures

Pursuant to the signatures below, both parties hereby agree to the replacement of Attachment A to the Final Judgment entered July 8, 2011, with the new "Corrected Attachment A" that is enclosed. The parties also agree and acknowledge that the only changes to the attachment are the correction of clerical errors in the names of two payees (Oakland Joint Power Financing Authority and New Mexico Hospital Equipment Loan Council), and the addition of more detail for a third payee (The Founding Members of the Dissolved California Cities Home Ownership Authority). In addition, two payees appear to no longer exist (Cascade Hardwoods Inc. and South Georgia Hospital Authority), and the parties are requesting that defendant have additional time to make the payments to the appropriate successors or assigns of those payees. The parties also request that the deadline to make payments to these payees be extended to October 13, 2011. A proposed order is attached.

| | |
|---|---|
| *Mary P. Hansen/SAT* | *William R. McLucas* |
| Mary P. Hansen | William R. McLucas |
| United States Securities | Wilmer Cutler Pickering Hale and Dorr LLP |
| and Exchange Commission | 1875 Pennsylvania Avenue, NW |
| 701 Market Street, Suite 2000 | Washington D.C. 20006 |
| Philadelphia, PA 19106 | (202) 663-6000 |
| (215) 597-3100 | |
| | |
| Attorney for Plaintiff Securities | Attorney for Defendant J.P. |
| And Exchange Commission | Morgan Securities LLC |